UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                              CASE NO. 05 B 25625
   PENTCHO IVANOV
                                    CHAPTER 13

                                    JUDGE: A. BENJAMIN GOLDGAR
      Debtor
   SSN XXX-XX-0353
```

---
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 06/28/05 and confirmed on 09/30/05.

   2. The case was dismissed after confirmation, 12/07/2007.

   3. The Debtor paid a total of $ 23875.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 57278.35 | .00 | 20233.55 |
| CERTIFIED SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ACCOUNT RECOVERY SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |

      Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 57278.35 | .00 | .00 | .00 | 57278.35 |
| PRINCIPAL PAID | 20233.55 | .00 | .00 | .00 | 20233.55 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 20233.55 | .00 | .00 | .00 | 20233.55 |

The Debtor's attorney, DAVID M SIEGEL        , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $     941.45 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 03/10/08                /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 05 B 25625 PENTCHO IVANOV
```